CLARENCE H. VENNER (Formerly DEININGER and Others), Suing as a Stock-

* Affd., 255 N. Y. ——.

holder of the GENERAL BAKING CORPORATION, in Behalf of Himself and of All Other Stockholders of Said Corporation, Appellant, v. ETHEL HANEY WARD and Others, as Executors, etc., of WILLIAM B. WARD, Deceased, and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.